```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 09640
    DEMETRIS SMITH
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
    SSN XXX-XX-6844


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/18/2008 and was not confirmed.

     The case was dismissed without confirmation 07/31/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------

AMERICAN EXPRESS BANK     UNSEC W/INTER    3871.05             .00            .00
BMW FINANCIAL SERVICES    UNSEC W/INTER  NOT FILED             .00            .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED             .00            .00
HOME COMINGS FINANCIAL    NOTICE ONLY    NOT FILED             .00            .00
ICE MOUNTAIN WATER        UNSEC W/INTER  NOT FILED             .00            .00
T-MOBILE USA              UNSEC W/INTER     382.81             .00            .00
SALLIE MAE 3RD PARTY LSC  UNSEC W/INTER  NOT FILED             .00            .00
SUPERIOR MANAGEMENT       NOTICE ONLY    NOT FILED             .00            .00
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER     552.56             .00            .00
UNIVERSITY OF CHICAGO DE  UNSEC W/INTER  NOT FILED             .00            .00
WELLS FARGO               UNSEC W/INTER  NOT FILED             .00            .00
HSBC                      UNSEC W/INTER  NOT FILED             .00            .00
MAX FLOW CORP             UNSEC W/INTER     543.75             .00            .00
BANK OF AMERICA NA        UNSEC W/INTER     302.19             .00            .00
LEGAL HELPERS PC          DEBTOR ATTY        .00                              .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                        --------------      --------------
TOTALS                       .00                  .00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 09640 DEMETRIS SMITH
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 10/29/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```